| | |
|---|---|
| 1 | Richard B. Goetz (S.B. # 115666) |
| 2 | rgoetz@omm.com<br>Carlos M. Lazatin (S.B. # 229650) |
| 3 | clazatin@omm.com<br>O'MELVENY & MYERS LLP |
| 4 | 400 South Hope Street |
| 5 | Los Angeles, California 90071-2899<br>Telephone: (213) 430-6000 |
| 6 | Facsimile: (213) 430-6407 |
| 7 | Attorneys for Defendants |
| 8 | JOHNSON & JOHNSON, McNEIL-PPC,<br>INC., and JOHNSON & JOHNSON |
| 9 | CONSUMER PRODUCTS, INC., |
| 10 | Scott Edward Cole, Esq. (S.B. #160744) |
| 11 | scole@scalaw.com<br>Matthew R. Bainer, Esq. (S.B. #220972) |
| 12 | mbainer@scalaw.com<br>Hannah R. Salassi, Esq. (S.B. #230117) |
| 13 | hsalassi@scalaw.com<br>SCOTT COLE & ASSOCIATES, APC |
| 14 | 1970 Broadway, Ninth Floor |
| 15 | Oakland, California 94612<br>Telephone: (510) 891-9800 |
| 16 | Facsimile: (510) 891-7030 |
| 17 | Attorneys for Plaintiff |
|    | and the Putative Plaintiff Classes |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE A. BRITTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, McNEIL-PPC, INC., and JOHNSON & JOHNSON CONSUMER PRODUCTS, INC.,<br><br>Defendants. | Case No.  3:10-cv-04450-TEH<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge: Hon. Thelton E. Henderson<br>Courtroom: 12<br>Complaint Filed: Oct. 1, 2010 |

4367373v.1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for Plaintiff Charlene Britton and the putative Class ("Plaintiff") and the undersigned attorneys for Defendants Johnson & Johnson, McNeil-PPC, Inc., and Johnson Consumer Products, Inc. ("Defendants") that: |

1. Pursuant to Local Rule 6-1(a), the time for Defendants to answer, move with respect to, or otherwise respond to the Complaint in this action is hereby extended until and including December 2, 2010;

2. A stipulation between the parties to extend Defendants' time to answer or otherwise respond to the Complaint to December 2, 2010, will not alter any event or deadline already fixed by Court Order;

3. Execution of this stipulation is not a waiver of any claims or defenses Plaintiff or Defendants may otherwise have, and all such claims and defenses are expressly reserved by Plaintiff and Defendants; and

4. Electronically reproduced or facsimile signatures on this stipulation shall have the same affect as original signatures.

Dated:  November 1, 2010        O'MELVENY & MYERS LLP

By: ___/s/ Richard B. Goetz_____
Richard B. Goetz
400 South Hope Street
Los Angeles, California 90071-2899

Attorneys for Defendants Johnson & Johnson, McNeil-PPC, Inc., and Johnson & Johnson Consumer Products, Inc.

SCOTT COLE & ASSOCIATES, APC

By: ___/s/ Scott Edward Cole_____
Scott Edward Cole, Esq.
1970 Broadway, Ninth Floor
Oakland, California 94612

1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
3:10-cv-04450-TEH

Attorneys for Plaintiff Representative Plaintiff
and the putative Plaintiff Classes

### ATTESTATION OF FILING PURSUANT TO GENERAL ORDER 45

I hereby attest that we have obtained concurrence in the filing of this document from plaintiff's counsel identified in the signature block above.

/s/ *Richard B. Goetz*
Richard B. Goetz
Attorneys for Defendants Johnson &
Johnson, McNeil-PPC, Inc., and
Johnson & Johnson Consumer
Products, Inc.



2

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
3:10-cv-04450-TEH