RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
TIMOTHY P. CABALLERO (S.B. #254599)
tcaballero@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
Facsimile:     (213) 430-6407

Attorneys for Defendant
McNeil-PPC, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE A. BRITTON, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, McNEIL-PPC, INC., and JOHNSON & JOHNSON CONSUMER PRODUCTS, INC.,<br><br>Defendants. | Case No.   3:10-cv-04450-TEH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Judge:        Hon. Thelton E. Henderson<br>Courtroom:  12<br><br>Complaint Filed: Oct. 1, 2010 |

[PROPOSED] ORDER
CASE NO. 3:10-cv-04450-TEH

**ORDER**

Having considered the parties' stipulation to stay the proceedings pending decision by the Judicial Panel on Multidistrict Litigation ("Stipulation"), and good cause appearing therefore, the Stipulation is GRANTED and the Court orders as follows:

1. All proceedings in this case are stayed pending a decision by the MDL Panel;
2. The January 10, 2011 Case Management Conference, and all related deadlines, are vacated;
3. If the MDL Panel denies the motion to transfer, the stay in this case shall be lifted and as of the date the MDL Panel's order is issued, this case shall resume; and
4. All deadlines and other requirements under the Federal Rules, Local Rules of the Northern District of California, or this Court's orders shall be tolled from the date this stipulation is filed until the date the MDL Panel's order is issued (including both the stipulation date and the order date in the tolling count).

**IT IS SO ORDERED.**

DATED: ___12/21___, 2010

[Signature]
Judge Thelton E. Henderson