UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charlene A. Britton, individually and on
behalf of all others similarly situated,

          Plaintiff(s),

v.

Johnson & Johnson, McNeil-PPC, Inc., and
Johnson & Johnson Consumer Products, Inc.,

          Defendant(s).
_____/

CASE NO. C10-04450TEH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* The parties agree that mediation is the preferred ADR process. The parties also agree that selection of a mediator and mediation date is premature at this time.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline  TBD by the parties after initial discovery has been completed.

Dated: 12/20/2010

Dated: 12/20/2010

Molly A. DeSario, Esq.
Attorney for Plaintiff

Carlos M. Lazatin, Esq.
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           Non-binding Arbitration
           Early Neutral Evaluation (ENE)
           Mediation
      X  Private ADR

Deadline for ADR session
           90 days from the date of this order.
      X  other   :to be determined by further court order.

IT IS SO ORDERED.

Dated:  12/22/10



THE _____
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson

**DECLARATION OF E-FILED SIGNATURE**

I, Molly A. DeSario, Esq., am the ECF User whose ID and Password are being used to file this Stipulation and Proposed Order Selecting ADR Process. In compliance with General Order 45, X.B., I hereby declare that Carlos M. Lazatin, Esq. has read and approved this Stipulation and Proposed Order Selecting ADR Process and consents to its filing in this action.

Dated: December 20, 2010                    SCOTT COLE & ASSOCIATES, APC


                                            By:        /s/
                                                 Molly A. DeSario, Esq.
                                                 Attorneys for the Representative Plaintiffs
                                                 And the Plaintiff Classes

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800

-1-
Declaration of E-File Signature